U.S. DISTRICT COURT

FILED

JUL 0 8 2016

LAWRENCE K. BAERMAN, CLERK
ALBANY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| _Kyla Mass_ | **Plaintiff(s)** | ) |
| | | ) |
| vs. | | ) |
| _Cathilic Charities USA_ | | ) |
| | **Defendant(s)** | ) |

Civil Case No.: *1.'16-cv-839*
*GTS/DJS*

CIVIL
RIGHTS
COMPLAINT
PURSUANT TO
42 U.S.C. § 1983

Plaintiff(s) demand(s) a trial by: ☐ JURY   ☒ COURT   (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: _Kyla Mass_

   Address: _12 Saint Joseph Terrace_

   _Albany, NY 12210_

   _Mercy House_

Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: _Susan K 7/8/16    Sister Donna Markham_

   Official Position: _President and C.E.O of Cathilic OP, PhD Charities_

   Address: _2050 Ballenger Avenue, Suite 400_

   _Alexandria, Virginia 22314_

b.    Defendant:    _____

Official Position:    _____

Address:    _____

_____

_____

c.    Defendant:    _____

Official Position:    _____

Address:    _____

_____

_____

Additional Defendants may be added on a separate sheet of paper.

4.                                    **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Civil KM 7/8/16

For supporting documents and images Please review www. waldo haute couture .org

I declare (or certify, verify, or state) under penalty Perjury the the foregoing at www. waldo haute couture .org is true, correct, Executed on July 8, 2016

X _____

Kayla Mass

5. **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

1. **FIRST CAUSE OF ACTION**

Civil Rights Act of 1964

2. **SECOND CAUSE OF ACTION**

Welfare Fraud

3. **THIRD CAUSE OF ACTION**

Amendment I
— freedom of religion

4. 4th Cause of Action
Amendment XIII — Section 1

5. 5th Cause of Action
Amendment XIV

6. 6th Cause of Action   Criminal Threat
7. 7th Cause of Action   Human Trafficking

8. 8th Cause of Action

9. 9 th Cause of Action
18 US Code 371
8 NYCRR 352.35

10. Cause of Action - Conspiracy

6.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _____

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010

U.S. DISTRICT COURT - NORTHERN DISTRICT OF NEW YORK
JAMES T. FOLEY COURTHOUSE
445 BROADWAY, SUITE 509
ALBANY NY 12207
PHONE: (518) 257-1800

DELIVERED BY:

KYRA MOSS

DATE: 07/08/2016

MAILING ADDRESS: P.O. BOX 12252. PHILADELPHIA, PA 19151

RECEIVED BY:

PRINT:

SIGN:

DATE

MAIL COPIED RECEIPT OF SIGNED AND DATED COVER PAGE TO CLAIMANT

07/08/2016

U.S. DISTRICT COURT - NORTHERN DISTRICT OF NEW YORK
JAMES T. FOLEY COURTHOUSE
445 BROADWAY, SUITE 509
ALBANY NY 12207
PHONE: (518) 257-1800

Good Day,

I have attached documentation to settle a dispute with Catholic Charities USA in regard to the violations of Welfare Fraud; Civil Rights Act of 1964; Amendment XIII; Amendment XIV; Criminal Threat; Human Trafficking; 18 US Code 371; 8 NYCRR 352.35; and Conspiracy. I referenced documentation proving that there are violations against the entities mentioned. I hope that you are able to identify what will be explained as criminal civil violations and are willing to advocate on my behalf.

Thanks for your assistance,

Kyra Moss
Phone: (510) 712-7754

Return all legal documentation Certified Mail with tracking numbers. Any lost or modified legal documentation will result in a monetary penalty, per page, that is equal to the cost of the settlement.

KYRA MOSS vs CATHOLIC CHARITIES USA

KYRA MOSS
P.O. BOX 12252
PHILADELPHIA, PA 19151

*12, Saint Joseph Terrace*
*Albany, NY 12210*

CATHOLIC CHARITIES USA
2050 BALLENGER AVENUE, SUITE 400
ALEXANDRIA, VIRGINA 22314
PHONE: (703) 549-1390

1. This Release is made and delivered on this **08 day of July 2016** by and between Kyra Moss and Catholic Charities USA.

2. Kyra Moss hereby discharges and releases Catholic Charities USA, from all claims, actions, damages, and liabilities whatsoever, including those currently known and those that may arise in the future, resulting from or arising out of the following transactions, events or circumstances:

For supporting documentation and images please review www.caldohautecouture.org

> I declare (or certify, verify, or state) under penalty of perjury that the foregoing of www.caldohautecouture.org is true and correct. Executed on July 8, 2016.

X _____.
                                          Kyra Moss

*[Calculations]* 40 percent of Debtor's net worth

Violations:

> Civil Rights Act of 1964
> Welfare Fraud
> Amendment I
>> The 10 Commandments List, Short Form
>> 1. **You shall have no other gods before Me.**
>> 2. **You shall not make idols.**
>> 3. You shall not take the name of the LORD your God in vain.
>> 4. Remember the Sabbath day, to keep it holy.
>> 5. Honor your father and your mother.
>> 6. You shall not murder.
>> 7. You shall not commit adultery.
>> 8. **You shall not steal.**
>> 9. **You shall not bear false witness against your neighbor.**
>> 10. You shall not covet.
> Amendment XIII
>> Section 1.
>> Neither slavery nor **involuntary servitude**, except as a punishment for crime whereof the party shall have been duly convicted, **shall exist within the United States**, or any place subject to their jurisdiction.
> Amendment XIV
>> [...] **nor shall any state deprive any person of** life, liberty, or **property**, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws. [...]
> Criminal Threat
>> A criminal threat involves one person **threatening someone else with physical harm**. The threat must be communicated in some way, though it doesn't necessarily have to be verbal. A person can make a threat through email, text message, or even through non-verbal body language such as gestures or movements. However, some states require **written** or verbal **threats**, and in those states gestures are not enough.
> Human Trafficking

*Domestic Servitude*: When **persons**, domestic or foreign nationals, are compelled to **engage in domestic work** for families or households, **through** means of force or **coercion**.

18 US Code 371

8 NYCRR 352.35

Conspiracy

Totaled: 1,960,000,000.00

The above consideration shall be paid or given by and to Catholic Charities USA on or before the **08 day of September 2016**.

3. In consideration for this Release, Catholic Charities USA hereby agrees to pay Kyra Moss the sum of **$1,960,000,000.00** Dollars.

4. This Release shall be binding on and inure to the benefit of Kyra Moss and Catholic Charities USA, and their heirs, assigns, successors and legal representatives.

5. The dispute should settle all claims between Kyra Moss and Catholic Charities USA, and it shall be binding on all Parties and their heirs and assigns.

   5a. *Other Terms and Conditions:* Criminal prosecution of all parties involved with federal restraining orders.

6. This Release shall be governed by the laws of New York State. This Release is executed and delivered voluntarily as a fair settlement of the forgoing claim(s).

Kyra Moss and Catholic Charities USA intending to be legally bound have signed this Release on the date first indicated above.

_____

Kyra Moss - Claimant

Subscribed and sworn to me on this _____ day of _____ 2016.

_____

Notary

_____

Sister Donna Markham OP, PhD – President and Chief Operating Officer of Catholic Charities - Debtor

Subscribed and sworn to me on this _____ day of _____ 2016.

_____

Notary